CHARLES KIBLER, as Administrator, etc., et al., Appellants, *v.* LEVI L. MILLER et al., Respondents.

(Argued January 17, 1894; decided February 6, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made June 19, 1890, which affirmed a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*J. M. Humphrey* and *William B. Hoyt* for appellants.

*Philip A. Laing* for respondents.

Agree to affirm on opinions below.*
All concur.
Judgment affirmed.

---

MANN's BOUDOIR CAR COMPANY, Respondent, *v.* WILLIAM SHAW, Receiver, etc., Appellant.

(Argued January 18, 1894; decided February 6, 1894.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made May 12, 1893, which affirmed a judgment in favor of plaintiff entered upon the report of a referee.

*Charles E. Patterson* for appellant.

*G. W. Cotterill* for respondent.

Agree to affirm on opinion below.†
All concur, except FINCH and PECKHAM, JJ., dissenting, and ANDREWS, Ch. J., not voting.
Judgment affirmed.

---

* 57 Hun, 14.                    † 69 Hun, 245.